IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| RUBEN NARRO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 5:24-CV-045-H-BV |
| | § | |
| SINGH SUKHWINDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE

The United States District Judge transferred this case to the undersigned United States Magistrate Judge for pretrial management in accordance with 28 U.S.C. § 636(b)(1)(A). Dkt. Nos. 19, 24. The undersigned entered a Scheduling Order. Dkt. No. 22. All pretrial deadlines in that order have passed.

The parties mediated this case on January 27, 2025, which did not result in settlement of any claims. Dkt. No. 28. Defendants then moved for partial summary judgment as to Plaintiff's gross negligence claims. Dkt. No. 29. Since, the parties submitted a joint stipulation, signed by all parties who appeared, agreeing that Plaintiff's gross negligence claims should be dismissed. Dkt. No. 50. The undersigned therefore recommends the district judge accept the parties' stipulation and **DENY** Defendants' motion as moot. Dkt. No. 29.

The parties' ready-for-trial date is July 28, 2025 (Dkt. No. 22 at 2), but they request a trial date in September or October because the parties need more time "to make the necessary arrangement to be present in Lubbock." Dkt. No. 50 at 1. The parties

estimate that they will require five days for trial, and a jury has been demanded. Dkt. No. 21.

The undersigned finds the pretrial management phase of the case is concluded, and this case is ready to be set for a jury trial by the district judge.

**SO ORDERED.**

Dated: July 15, 2025.

*Amy Burch*
AMANDA 'AMY' R. BURCH
**UNITED STATES MAGISTRATE JUDGE**