UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| RUBEN NARRO,<br><br>    Plaintiff,<br><br>v.<br><br>SINGH SUKHWINDER, et al.,<br><br>    Defendants. | No. 5:24-CV-045-H |

### ORDER

The Honorable Magistrate Judge Amanda 'Amy' R. Burch issued a Notice that recommends that the Court accept the parties' stipulation to dismiss the plaintiff's gross-negligence claim (Dkt. No. 50) and therefore deny as moot the defendants' motion for partial summary judgment on the gross-negligence claim (Dkt. No. 29). Dkt. No. 53 at 1. The Court accepts the Magistrate Judge's recommendation (Dkt. No. 53), dismisses the plaintiff's gross-negligence claim, and denies as moot the defendants' motion for partial summary judgment (Dkt. No. 29).

The Court will set the trial date and pretrial deadlines by separate order.

So ordered on August __8__, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE