UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

RUBEN NARRO,

    Plaintiff,

v.

SINGH SUKHWINDER, et al.,

    Defendants.

No. 5:24-CV-045-H

### FINAL JUDGMENT

This case was tried before a duly qualified and impaneled jury from October 20–21, 2025. After hearing the testimony of witnesses and the argument of counsel, the jury retired to consider its verdict. After deliberating, the jury returned its verdict, which was accepted by the Court and filed on the record of this case at Dkt. No. 112.

In accordance with the jury's verdict, it is ordered, adjudged, and decreed that:

Plaintiff have and recover from Defendants the total sum of $1,196,500.00 for his claims.

Plaintiff have and recover from Defendants $57,800.34 in pre-judgment interest.

Post-judgment interest shall accrue on all amounts awarded at the rate of 3.57%, which is the post-judgment interest rate under 28 U.S.C. § 1961(a) applicable at the time of the entry of this Judgment.

Costs are allowed to the Plaintiff.

The Clerk of Court is directed to close this case.

– 2 –

Dated October 29, 2025.

                                                  _____
                                                  JAMES WESLEY HENDRIX
                                                  UNITED STATES DISTRICT JUDGE